AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BURGER KING CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> PAUL D. KESSLER, TEN TEN HOLDINGS, LLC, PDK KING OF LAKE ORION, LLC, PDK KING OF OXFORD, LLC, and PDK KING OF LAPEER, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PAUL D. KESSLER
6682 Torybrooke Circle
West Bloomfield, Michigan 48323


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael D. Joblove, Esq.
Genovese, Joblove & Battista, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____    _____
*Signature of Clerk or Deputy Clerk*